# EXHIBIT B

OMB No. for FDIC 3064-0006 Expires April 30, 2014
OMB No. for OCC 1557-0014 Expires November 30, 2013
OMB No. for FRB 7100-0134 Expires September 30, 2013

# *INTERAGENCY BIOGRAPHICAL AND FINANCIAL REPORT*

This is filed with respect to: **The Bank of Orrick**
**Orrick, Missouri**

| **Type of Filing** | **Position** |
|---|---|
| ☐ Bank or Thrift Charter | ☐ Organizer |
| ☐ Bank or Thrift Holding Company | ☐ Director (if necessary) |
| ☒ Change in Bank Control | ☐ Senior Executive Officer |
| ☐ Change in Senior Executive Officer or Director | Title: _____ |
| ☐ Citizenship Waiver | ☒ Principal Shareholder |
| ☐ Charter Conversion | ☐ Trustee |
| ☐ Deposit Insurance | ☐ Manager |
| ☐ Federal Branch or Agency | ☐ Other_____ |
| ☐ Other _____ | |

## BIOGRAPHICAL REPORT

**1. Personal Information**

(a) Name  **Hurry, Justine**

(b) Residence ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   Mailing Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

(c) If at residence less than five years, list addresses and dates occupied for past five years.

| Date From | Date To | Number and Street | City | State | ZIp Code | Country |
|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

(d) Date of birth: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

(e) Place of birth:  **Pittsburgh**        **PA**        **USA**
                    (City)              (State)      (Country)

(f) United States Social Security Number: ▮▮▮▮▮

(g) Citizenship:  **USA**

(h) If not a United States citizen, provide: **Not Applicable**
   Passport Number _____
   Home Country Identification Number _____

Immigration File Number  _____

Father's full name  _____

Mother's full name, including maiden name  _____

(i) Telephone and fax numbers where you may be reached during business hours and an e-mail address:

▮▮▮▮▮▮▮▮▮

(Area Code, Telephone Number)

▮▮▮▮▮▮▮▮▮                                    ▮▮▮▮▮▮▮▮▮▮▮▮

(Fax Number)                                   (E-mail Address)

(j) List other names you used and the period of time you used them (for example, your maiden name, name by a former marriage, former name, alias, or nickname).  If the other name is your maiden name, put "nee" in front of it.
**None**

## 2. Employment Record

(a) List employment in reverse chronological order for the last five years.  The list should include the beginning and ending dates of employment, the employer's name, address, nature of business, title or position, nature of duties, and reason for leaving.

| Beginning | Ending | Employer | Address | Nature of Business | Position | Nature of Duties | Reason for leaving |
|---|---|---|---|---|---|---|---|
| 06/1998 | present | Investment Services Holdings Corp | Stateline, NV | Service Company for Investments | Owner | Management | NA |
| 01/2002 | 12-2011 | Scottsdale Capital Advisors | Scottsdale, AZ | Securities Broker/Dealer | CEO, Director& Secretary | Management Director | Kids |
| 01/2013 | Present | Scottsdale Capital Advisors | Scottsdale, AZ | Securities Broker/Dealer | Secretary | Secretary | |
| 2016 | Present | Alpine Securities | SLC, UT | Securities Broker/Dealer | Director | Director | |
| 01/2014 | 2016 | Scottsdale Capital Advisors | Scottsdale, AZ | Securities Broker/Dealer | Secretary Director | Secretary Director | Alpine |

(b) Have you ever been dismissed or asked to resign from any past employment, including a less than honorable discharge from military service?    ☐ Yes    ☒ No

If "yes," provide the employer's name, address, and telephone number; title or position; date of discharge; and explanation.

## 3. Education and Professional Credentials

(a) List each diploma or degree from high schools, colleges, universities, or other schools.

| School's Name/Location | From | To | Degree |
|---|---|---|---|
| **Montour High School, McKees Rocks, PA** | **1984** | **1988** | **Diploma** |
| **Robert Morris University, Coraopolis, PA** | **1988** | **1993** | **BSBA Mgmt** |

(b) List each professional license or similar certificate you now hold or have held (for example, Attorney, Physician, CPA, NASD or SEC registration).

| License | Issuing Authority | Date Issued | Status | Expiration |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **Series 7&63** | **NASD** | **1996** | **Current** | **none** |
| **Series 24,27,53,55,65** | **NASD** | **1999 – 2002** | **Current** | **none** |

## 4. Business and Banking Affiliations

List any company with which you are associated, providing the company name, location, nature or type of business, position held or relationship to the company, ownership percentage, and beginning date of the relationship.

(a)

| No. | Other Business Name | Investment Related | Address | Business Nature | Position/Title | Start Date |
|---|---|---|---|---|---|---|
| 1 | Alpine Securities Corp | yes | 39 Exchange Place, SLC, UT | Clearing Firm Broker Dealer | Director | 2011 |
| 2 | ALPINE SECURITIES HOLDING CORP | No | 276 KINGSBURY GRADE STE 2000, Stateline, NV | Lends money to Alpine Securities (Inactive) | Officer / Director | 2011 |
| 3 | ASD Holding Company LLC, (DE) | No | 160 Greentree Drive, 101, Dover DE 19904 | SRO LLC - development stage | Manager | 2013 |
| 4 | Association of Securities Dealers LLC (DE) | No | 160 Greentree Drive, 101, Dover DE 19904 | SRO LLC - development stage | Manager | 2013 |
| 5 | BRICFM LLC- DBA CORNER OF PARADISE | No | 101 Palm Street Newport Beach CA | Ice Cream and Bike Shop | Manager | 2010 |
| 6 | Cayman Securities Clearing and Trading LTD SEZC | yes | POB 10190 PMB-12, Grand Cayman KY1-1002 | Operating Company for offshore Cayman BD | None | 2013 |
| 7 | CJ3 LLC | No | 124 W. Pine Street, Missoula MT 59802 | Holding company for vehicles | None | 2013 |
| 8 | CSCT Holdings LTD | no | POB 10190 PMB-12, Grand Cayman KY1-1002 | Holding Company for offshore Cayman BD | None | 2013 |
| 9 | CCDX LTD | no | POB 10190 PMB-12, Grand Cayman KY1-1002 | Charter in Cayman for Commodity and Derivatives Exch | None | 2016 |
| 10 | Global Holdings LTD | no | POB 10190 PMB-12, Grand Cayman KY1-1002 | Holding company for exchnage | None | 2016 |
| 11 | DEBTFUND LLC | No | 276 KINGSBURY GRADE STE 2000, Stateline, NV | Inactive | Manager | na |
| 12 | DEBTFUND, L.P. Delaware | No | 3500 S DuPont Highway, Dover, Delaware 19901 | Inactive | Manager | 2012 |
| 13 | FLJH LLC | no | 276 KINGSBURY GRADE STE 2000, Stateline, NV | Real Estate | Manager | 2013 |
| 14 | Hurry Foundation | No | 276 KINGSBURY GRADE STE 2000, Stateline, NV | Private Foundation Tax Exempt | Officer / Director | 2013 |
| 15 | INVESTMENT SERVICES CAPITAL LLC | No | 7170 E McDonald Rd, #4, Scottsdale, AZ | Holds pass through entities | Manager | 2011 |
| 16 | INVESTMENT SERVICES CORP | No | 7170 E McDonald Rd, #4, Scottsdale, AZ | Service company for all Hurry entities and businesses | None | 1997 |
| 17 | INVESTMENT SERVICES HOLDINGS CORP | No | 7170 E McDonald Rd, #4, Scottsdale, AZ | Services company for Hurry business | Officer / Director | 2011 |
| 18 | INVESTMENT SERVICES PARTNERS LLC | No | 7170 E McDonald Rd, #4, Scottsdale, AZ | Acts as Manager for LLC companies | Manager | 2004 |
| 19 | ISC LLC (ALASKA) | No | 9604 Kelly Court, Juneau, AK 99801 | Holding company for vehicles | None | 2011 |
| 20 | ISHC LLC ( Montana) | No | 124 W. Pine Street, Missoula MT 59802 | Holding company for vehicles | None | 2012 |
| 21 | ISHC LLC 2 ( Montana) | No | 124 W. Pine Street, Missoula MT 59802 | Holding company for vehicles | None | 2012 |
| 22 | ISHC LLC 3 ( Montana) | No | 124 W. Pine Street, Missoula MT 59802 | Holding company for vehicles | None | 2013 |
| 23 | NEWCONMGT LLC former SCAP 4 LLC (NV) | Yes | 276 KINGSBURY GRADE STE 2000, Stateline, NV | Holds stock of private companies | Manager | 2011 |
| 24 | NEWMGT LLC | no | 276 KINGSBURY GRADE STE 2000, Stateline, NV | Acts as manager for LLCs | Manager | 2012 |
| 25 | NV100 LLC | no | 276 KINGSBURY GRADE STE 2000, Stateline, NV | Real Estate | Manager | 2012 |
| 26 | OTC Fund Manager, LLC Delaware | No | 276 KINGSBURY GRADE STE 2000, Stateline, NV | Inactive | Manager | 2012 |
| 27 | SCA CLEARING LLC | No | 276 KINGSBURY GRADE STE 2000, Stateline, NV | Manger of SCA Clearing LLC | Manager | 2011 |
| 28 | SCA CLEARING LLC | No | 7170 E McDonald Rd, #4, Scottsdale, AZ | Owns Alpine Securities, Inc | Manager | 2011 |
| 29 | SCAINTL LLC | no | 276 KINGSBURY GRADE STE 2000, Stateline, NV | Owns International Assets | None | 2012 |
| 30 | SCAP 10 LLC NV | no | 276 KINGSBURY GRADE STE 2000, Stateline, NV | Real Estate | Manager | 2012 |
| 31 | SCAP 4 LLC (AZ) | no | 7170 E McDonald Rd, #4, Scottsdale, AZ | Real Estate | Manager | 2011 |
| 32 | SCAP 5 LLC (AZ) | no | 7170 E McDonald Rd, #4, Scottsdale, AZ | Real Estate | Manager | 2011 |
| 33 | SCAP 6 LLC (NV) | no | 276 KINGSBURY GRADE STE 2000, Stateline, NV | Real Estate | Manager | 2011 |
| 34 | SCAP 7 LLC (NV) | no | 276 KINGSBURY GRADE STE 2000, Stateline, NV | Real Estate | Manager | 2011 |
| 35 | SCAP 8 LLC AZ | No | 7170 E McDonald Rd, #4, Scottsdale, AZ | Inactive | Manager | 2013 |
| 36 | SCAP 9 LLC former SCAP 5 LLC (NV) | no | 276 KINGSBURY GRADE STE 2000, Stateline, NV | Real Estate | Manager | 2012 |
| 37 | SCAP I LLC | no | 7170 E McDonald Rd, #4, Scottsdale, AZ | Real Estate | Manager | 2007 |
| 38 | SCAP II LLC | no | 7170 E McDonald Rd, #4, Scottsdale, AZ | Real Estate | Manager | 2007 |
| 39 | SCAP III LLC | no | 514 E Oceanfront, Newport Beach, CA | Real Estate | Manager | 2007 |
| 40 | SCAP.FL 11 LLC FL | no | 1902 Bay Drive, Pompona Beach FL | Real Estate | Manager | 2013 |
| 41 | Scottsdale Capital Advisors Corp | yes | 7170 E McDonald Rd, #6, Scottsdale, AZ | Broker Delaer | Director | 2002 |
| 42 | SCOTTSDALE CAPITAL ADVISORS PARTNERS LLC | No | 7170 E McDonald Rd, #4, Scottsdale, AZ | Holding company for real estate entities | Manager | 2004 |
| 43 | SCOTTSDALE CAPTIAL ADVISORS HOLDINGS LLC | No | 7170 E McDonald Rd, #4, Scottsdale, AZ | Owns Scottsdale Calpital Advisors Corp | None | 2002 |
| 44 | SMOKELESS INC | No | 276 KINGSBURY GRADE STE 2000, Stateline, NV | Startup company w/ Smokless cigarette product | Officer / Director | 2014 |
| 45 | Tactical One LLC | No | 7170 E McDonald Rd, #4, Scottsdale, AZ | shell company | manger | 2016 |
| 46 | WD Clearing LLC | No | 276 KINGSBURY GRADE STE 2000, Stateline, NV | Purchaser of Wilson Davis Stock | Manager | 2013 |

**Justine is indirect beneficiary interests held in irrevocable trusts with the exception of BRICFM LLC which is owned by her revocable trust.**

(b) List the name of any depository institution or depository institution holding company with which you are or were associated.  Also list the location, nature of banking activity, position held or relationship, ownership percentage, and beginning and ending dates of the relationship.
**None**

(c) Are you in the process of being considered for a senior executive officer or director position at another depository institution or depository institution holding company?    ☐ Yes☒ No
If "yes," provide the name of the depository institution or depository institution holding company and the position.  If the application has been submitted for regulatory review, provide the name of the regulatory agency.

(d) Are you now or are you proposed to be a "management official" of another insured depository institution or depository institution holding company? ☐ Yes ☒ No

If "yes," explain either why the potential interlock is not a violation of the Depository Institution Management Interlocks Act (12 U.S.C. §§ 3201-3208) or what action will be taken to prevent a violation.

## 5. Legal and Related Matters

(a) Have you been involved in any of the following filings where the filing was denied, disapproved, withdrawn, or otherwise returned without favorable action by a federal or state regulatory authority or a self-regulatory organization:

(1) A charter or license application, a depository institution holding company application, or a federal deposit insurance application, in which you were listed as an organizer, director, senior executive officer, or a person that would own or control (either individually or as a member of a group) 10 percent or more of any class of voting securities or other voting equity interest of the institution, or similar position? ☐ Yes ☒ No

(2) A merger application in which you were listed as a director, senior executive officer, or similar position? ☐ Yes ☒ No

(3) A notice of change in director or senior executive officer, or similar form, in which you were listed as a director, senior executive officer, or similar position?
☐ Yes ☒ No

(4) A notice of change in control for a depository institution or other company, or a similar form, in which you were listed (either individually or as a member of a group) as an acquirer or transferee? ☒ Yes ☐ No

(5) Any other application, notice, or other regulatory or administrative request which was filed with a federal or state regulatory authority or a self-regulatory organization in which you were listed in some capacity? ☐ Yes ☒ No

(b) Have you or any depository institution or depository institution holding company with which you are or were associated been subject to any supervisory agreement, enforcement action, civil money penalty, prohibition or removal order, or other supervisory or administrative action taken or imposed by any federal or state regulatory authority or other governmental entity?
☐ Yes ☒ No

(c) Has any depository institution with which you are or were associated:

(1) Been placed into conservatorship or receivership or otherwise failed? ☐ Yes ☒ No

(2) Received financial assistance from a federal agency or instrumentality (for example, FDIC, Resolution Trust Corporation, Federal Savings and Loan Insurance Corporation)?
☐ Yes ☒ No

  (3) Merged with or been acquired by an institution that received financial assistance from a federal agency or instrumentality in connection with the transaction?  ☐ Yes ☒ No

(d) Have you or any company with which you are or were associated:

  (1) Filed a petition under any chapter of the Bankruptcy Code or had an involuntary bankruptcy petition filed against you or the company?  ☐ Yes ☒ No

  (2) Defaulted on a loan or financial obligation of any sort, whether as obligor, cosigner, or guarantor?  ☐ Yes ☒ No

  (3) Forfeited property in full or partial satisfaction of any financial obligation?  ☐ Yes ☒ No

  (4) Had a lien placed against property for failure to pay taxes or other debts?  ☐ Yes ☒ No

  (5) Had wages or income garnished for any reason?  ☐ Yes ☒ No

  (6) Failed or refused to pay any outstanding judgments?  ☐ Yes ☒ No

(e) Have you or any company or depository institution with which you are or were associated been involved in any lawsuit, formal or informal investigation, examination, or administrative proceeding that may result in, or resulted in, any penalty (including, but not limited to, any sanction, fine, order to pay damages, loss of right or benefit, forfeiture of property interest, or revocation of license), agreement, undertaking, consent, judgment, or order imposed by or entered into with any of the following entities:

  (1) Any federal or state court?  ☐ Yes ☒ No

  (2) Any department, agency, or commission of the United States government?  ☒ Yes ☐ No

  (3) Any state, municipal, or foreign governmental entity?  ☐ Yes ☒ No

  (4) Any self-regulatory organization (for example, NASD)?  ☒ Yes ☐ No

(f) Have you or any company or depository institution with which you are or were associated been arrested for, charged with, indicted for, or convicted of (including a conviction where the record was expunged), or ever pleaded *nolo contendere* to, any criminal matter (other than minor traffic violations)?  ☐ Yes ☒ No

(g) If you answer "yes" to any question in 5(a) through 5(f), provide your explanation by identifying the number of the question, describing the situation in detail, and, where relevant, including the:

- Name and location of any institution, company, party, court, regulatory agency, or self-regulatory organization involved.
- Nature of your association with any institution or company (for example, officer, director,

organizer, principal shareholder, or owner).
- Type of any application, notice, or other regulatory or administrative request.
- Nature of any supervisory, enforcement, or administrative action.
- Direct and indirect debt terms, defaulted amount, and creditor regarding any financial obligation.
- Date of any relevant event.
- Nature of any lawsuit, charge, or proceeding.
- Jurisdiction in which any legal proceeding occurred.
- Resolution or disposition of the matter.

**QUESTION 5(a) (4)**
**On July 10, 2015, Premier Bank in Denver, Colorado, was closed by the state of Colorado at the direction of its primary federal regulator, the Federal Reserve. My application to acquire this state member bank's parent holding company, PB Financial Group, Inc., was disapproved by the Federal Reserve's Board of Governors prior to this action on July 7, 2015.**

**On January 27, 2016, the Board of Governors withdrew the Board's denial of my notice of change in bank control of PB Financial Group, Inc. as moot.**

**QUESTIONS 5(e)(2) & (4)**
**Please review the CRD broker check for Justine Hurry. In Justine's 20 years in the industry she has received one FINRA sanction initiated in 2010 and finalized in 2012. The action was taken while Justine was a principal of Scottsdale Capital Advisors. The final order was not based on violations of any laws or regulations pertaining to fraudulent, manipulative or deceptive conduct. There was no finding of willful violations of SEC or SRO regulations or a failure to supervise. FINRA accused Justine of failing to implement adequate AML procedures and thus allowing the firm to sell unregistered securities. The matter was resolved through her willingness to settle for a fine of $7,500 and 40 days suspension. She was reinstated on February 2, 2012.**

**Additionally, Scottsdale Capital Advisors (SCA), a firm which Justine is Director and indirect owner, has been the subject of regulatory investigations and sanctions by the FINRA as disclosed in the attached CRD broker check report for SCA. The matters include two regulatory settlements, one in September 2009 and the other in September 2012, involving alleged non-sales practice and non-fraudulent violations. Each of these matters resulted in a settled fine of $7,500 to the firm only. On September 12, 2014, SCA received a formal notice of investigation from FINRA whereby FINRA alleges SCA violated Section 5 of the Securities Act of 1933. On January 29, 2015, FINRA issued SCA another investigation notice alleging violation of NASD Rule 3010 and FINRA Rules 2010 and 3310. Both investigatory notices are part of the same matter. Justine had no operational duties at SCA for the relevant time period. SCA has submitted written responses denying the allegations.**

**On March 31, 2015, FINCEN issued SCA a notice of investigation for alleged violations of the Bank Secrecy Act and its implementing regulations. The notice references violations cited by FINRA in its January 29, 2015, Wells Notice and by the SEC in connection with its 2011 examination of SCA. The SEC matter overlapped in many respects in time and subject matter with the FINRA matter finalized in 2012. SCA took corrective steps to address the deficiencies cited by the SEC. Most of these corrective steps were made prior to the SEC exam. The SEC**

**exam resulted in no formal action against SCA. The SEC exam also revealed a few inadvertent disclosures of SAR reports in violation of the Bank Secrecy Act.  SCA self-reported these violations in 2011 to FINCEN, which reviewed the matter and elected to not take any further action at that time.  Justine has not had any operational or significant supervisory duties at SCA since 2011.**

**On 5/15/2015 FINRA initiated a case against SCA for 3 securities sold in violation of Section 5 for which SCA made less than $35,000.**

**On 06/05/2017 the SEC filed a books and records case against Alpine. Alpine will defend the case and feels it is without merit.**

**Justine is a director of Alpine Securities but was not associated with the firm over the period for which the SEC books and records case is involved or involved with company over the period of the current FINRA action.**

6. **Additional Information**
Present any other information you believe is important to evaluate your filing.  If you are involved in the organization of a new depository institution or depository institution holding company, discuss your specific role.

   **Justine Hurry has been involved in the financial services industry for over 20 years. The Hurrys have a history of making financial services firms successful while investing in real estate and other operating businesses.  She, with her husband, is the indirect owner of two profitable securities broker/dealers, Scottsdale Capital Advisors Corporation, Scottsdale, AZ, and Alpine Securities Corporation, Salt Lake City, UT, through irrevocable trusts.**

   **The interest in The Bank of Orrick comes from the search for a controlling interest in a bank as an opportunity to benefit from the change in the banking industry as it evolves to a more fee-based operation.  She was introduced to the Clark family when Scott Clark announced that he wanted to retire and was willing to sell his family's interest.**

   **Justine will inject additional equity into the Bank and bring additional experienced, qualified management to complete the turnaround of the Bank.  With the change in control she will immediately ask to the Board to consider engaging consultants to identify any management shortfalls and buttress these areas.**

**FINANCIAL REPORT**

INDIVIDUAL FINANCIAL STATEMENT AS OF JULY 31, 2017

| ASSETS | | LIABILITIES AND NET WORTH | |
|---|---|---|---|
| Cash on hand and in depository institutions | | Accounts payable | |
| Marketable securities (Schedule A) | | Notes payable and other loans (Schedule F) | |
| Notes receivable (Schedule B) | | Real estate mortgages (Schedule C) | |
| Real estate (Schedule C) | | Other liabilities (Schedule G) | |
| Proprietary interests and other securities (Schedule D) | | TOTAL LIABILITIES | |
| Retirement funds and other assets (Schedule E) | | NET WORTH (Total assets less total liabilities) | |
| TOTAL ASSETS | | TOTAL LIABILITIES AND NET WORTH | |

Values are based on an opinion of owners and their businesses are based on current expected cash flows and other options of owner.
These assets are the assets held in joint tenants by entirety or comparable ownership with Justine's spouse or in the Hurry Family Revocable Trust.
Values of business, real estate and other assets are the opinion of the owner and may vary from other opinions.
Owners make no warranties regarding this opinion.

## CONTINGENT LIABILITIES

In addition to the liabilities listed on the Financial Statement, have you endorsed, guaranteed, or become otherwise indirectly or contingently liable for the debts of others or through a pending lawsuit?

☐ Yes  ☒ No

If "yes," complete the following:

| Name and Address of Debtor or Obligor | Name and Address of Creditor or Obligee | Description and Value of Collateral | Date Due | Current Amount |
|---|---|---|---|---|
|  |  |  |  |  |
| TOTAL |  |  |  | $ none |



## SUPPORTING SCHEDULES

Schedules must agree in total with the appropriate item contained in the Financial Statement on page 8 of this report.

### Schedule A — Marketable Securities

Indicate all debt and equity securities listed on an exchange or otherwise regularly traded in an open market. Separate debt and equity securities. Securities of closely held corporations should be listed on Schedule D—Proprietary Interests. The description should include the name of the issuer, the principal amount or number of shares held, and the interest rate, if applicable. Small holdings may be aggregated and shown as "other" provided that they account for no more than 10 percent of marketable securities.

| Description | Market Value |
|---|---|
|  |  |
| TOTAL | none |

### Schedule B — Notes Receivable

The description should include the name of the obligor, the note's maturity and terms of repayment, and a description of any collateral. If the note is payable to you and others jointly, indicate only your beneficial interest under Current Balance.

| Description | Current Balance |
|---|---|
| Receive from the sale of businesses | ■ |
|  |  |
| TOTAL | ■ |

### Schedule C — Real Estate and Related Loans

List all real estate in which you hold a beneficial interest. Submit year-end financial statements, including profit and loss statements, for the last two years for each investment (exclude residence) in which you have an interest equal to 10 percent or more of your net worth. Also submit a cash flow statement on any investment property valued at 10 percent or more of net worth.

| Description and Location (City and State) | Owner of Property | Percent Owner-ship | Mortgage Holder | Maturity Date | Current Market Value* | Current Balance** |
|---|---|---|---|---|---|---|
| 1902 Bay Dr., Pompano Beach, FL 33062 | John & Justine Hurry | 100% | | | | |
| Laguna Del Mar #4, Grand Cayman Islands | John & Justine Hurry | 100% | | | | |
| Scotia Bank, Grand Cayman Islands | John & Justine Hurry | 100% | | | | |
| Dr Office, Grand Cayman Islands | John & Justine Hurry | | | | | |
| Ware House, Grand Cayman Islands | John & Justine Hurry | | | | | |
| TOTAL | | | | | | |

\*   Carry TOTAL forward to Assets - Real estate
\*\*  Carry TOTAL forward to Liabilities - Real estate mortgages

## Schedule D — Proprietary Interests and Other Securities

List all companies, the shares of which are not listed on a securities exchange or otherwise regularly traded, in which you hold a beneficial interest. *(Submit year-end financial statements, including profit and loss and cash flow statements, for the last two years for each business interest in which you have an interest equal to 10 percent or more of your net worth.)*

| Name and Address of Company | Legal Form of Company | Nature of Business | Percent Ownership | Current Value |
|---|---|---|---|---|
| BRICF&M LLC | LLC | Bike Shop/Ice Cream Shop | 100% | |
| | | | | |
| | | | | |
| TOTAL | | | | |

## Schedule E - Other Assets

Include retirement funds (for example, 401K, IRA, Keogh), accounts receivable, merchandise and inventory at lower of cost or market value, machinery and equipment (less depreciation), and life insurance at its cash surrender value.

| Description | Basis for Valuation | Current Value |
|---|---|---|
| jewelry | Best guess | ■ |
| Cars and Trucks | | ■ |
| Clothes | | ■ |
| Furniture and other | | ■ |
| TOTAL | | ■ |

## Schedule F — Notes Payable and Other Loans

Indicate all loans or notes payable, including loans on life insurance and retirement funds (but not real estate mortgages listed in Schedule C). Loan origination information must include the original date, loan amount, and co-makers, if any, and their percent obligation. Small obligations may be aggregated and shown as "other," provided that they account for no more than 20 percent of other loans and notes payable. Indicate any debt that is contractually delinquent by an asterisk next to the current balance.

| Name and Address of Creditor and Loan Origination Information | Description and Value of Collateral | Maturity Date | Current Balance |
|---|---|---|---|
| | | | |
| | | | |
| TOTAL | | | none |

## Schedule G - Other Liabilities

Include interest and taxes due and unpaid, other debts accrued, and other liabilities.

| Payable To | Description | Maturity Date | Current Balance |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | | none |

## Cash Flow Statement*

| **Sources of Cash** | 2015 | 2016 | Current Year 2017 | Projected Next Year 2018 |
|---|---|---|---|---|
| Salaries, wages, commissions, and other employment income | ■ | ■ | ■ | ■ |
|  | ■ | ■ | ■ | ■ |
|  | ■ | ■ | ■ | ■ |
|  | ■ | ■ | ■ | ■ |
|  | ■ | ■ | ■ | ■ |
|  | ■ | ■ | ■ | ■ |
| **Uses of Cash** | | | | |
| Personal living expenses (rent, household) | ■ | ■ | ■ | ■ |
| Fixed obligations*** | ■ | ■ | ■ | ■ |
| Income taxes | ■ | ■ | ■ | ■ |
| Capital contributions to partnerships | ■ | ■ | ■ | ■ |
| Other uses** | ■ | ■ | ■ | ■ |
| Total cash outlay | ■ | ■ | ■ | ■ |
| NET CASH FLOW (deficit) | ■ | ■ | ■ | ■ |

\* Discuss any significant changes on a separate page.
\*\* Itemize on a separate page any items amounting to 10 percent or more of total cash received or total cash outlay.
\*\*\* Fixed obligations include debt service on all loans and any budgeted capital improvement expenditures for real estate investments. Any loan proceeds or debt service related to this transaction should be included in projections for other sources or uses.

**Privacy Act Notice**
The solicitation and collection of this information, including a Social Security Number, is authorized by those statutes that require an appropriate federal banking agency to determine the competence, experience, integrity, and financial ability of individuals proposing to serve a federally regulated financial institution in an official capacity – that is, as a director, officer, employee, or principal shareholder. These statutes include: 12 U.S.C. § 27 (national bank charters); 12 U.S.C. § 1464 (federal savings bank charters); 12 U.S.C. § 1815 (federal deposit insurance); 12 U.S.C. § 1817(j) (changes in control of insured depository institutions); and 12 U.S.C. § 1831(i) (agency disapproval of directors and senior executive officers of insured depository institutions or depository institution holding companies).The provision of requested information, including a Social Security Number, is voluntary. However, the failure to provide any requested information may result in denial, disapproval, or delay in the processing of an application or notice.

Depending on the manner in which an appropriate federal banking agency maintains solicited information, some or all of that information may be subject to the Privacy Act of 1974, 5 U.S.C. § 552a. In such instances, disclosures of covered information may be made to: (1) third parties to complete background checks; (2) financial institutions for supervisory purposes; (3) governmental, tribal, self-regulatory, or professional organizations when information is relevant to either a known or suspected violation of law or licensing standard or relevant and necessary to the governmental or self-regulatory organization's regulation or supervision of financial service providers; (4) the Department of Justice, a court, an adjudicative body, a party in litigation, or a witness when relevant and necessary to a legal or administrative proceeding; (5) congressional offices when the information is relevant to an inquiry initiated on behalf of its provider; (6) an agency's contractors or agents; and (7) other third parties when mandated or authorized by statute.

Additionally, while certain of the solicited information is exempt from disclosure under the Freedom of Information Act because disclosure would constitute a clearly unwarranted invasion of personal privacy, other information is not exempt. Nonexempt information will ordinarily include the names of individuals, the financial institutions that they propose to serve, the statutory context in which information has been provided, and prior bank-related employment and affiliation.

## CERTIFICATION

*If a joint financial statement is being submitted, both parties should complete the "Certification."*

I understand that the appropriate regulatory agency may conduct extensive checks into my background, experience, and related matters in conjunction with my application or filing.
I certify that the information contained in the biographical report and financial report, including all attachments, has been carefully examined by me and is true, correct, and complete. I acknowledge that any misrepresentation or omission of a material fact constitutes fraud in the inducement and may subject me to legal sanctions provided by 18 U.S.C. §§ 1001 and 1007.

Signed this 19th day of September, 2017.

_____
       Signature
    **Justine Hurry**