# EXHIBIT E

# Interagency Notice of Change in Control for Justine Hurry

## Table of Contents

|  | Page |
|---|---|
| **Application for Change in Control** | 1 |
| **Exhibit A** | 7 |
|     Purchase Agreement | 8 |
|     Power of Attorney Forms | 24 |
| **Exhibit B** | 81 |
|     Proof of Funds | 82 |
| **Exhibit C** | 84 |
|     Strategic Plan | 85 |
|     Forecast 2018 | 111 |
|     Forecast 2019 | 116 |
|     Forecast 2020 | 121 |
|     Forecast 2021 | 126 |
| **Exhibit D** | 131 |
|     Michael Laughlin's Resume | 132 |
|     Max Mountford's Resume & Work | 133 |

# Interagency Notice of Change in Control

Public reporting burden for the collection of information for this notice is estimated to average 30 hours, including the time to gather and maintain data in the required form, to review instructions, and to complete the information collection. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Paperwork Reduction Act, Legal Division, Federal Deposit Insurance Corporation, 550 17th Street, NW, Washington, D.C. 20429; Secretary, Board of Governors of the Federal Reserve System, 20th St. and Constitution Ave., NW, Washington, D.C. 20551; Licensing Activities Division, Comptroller of the Currency, 250 E Street, SW, Washington, DC 20219; or Office of Supervision Policy, Office of Thrift Supervision, 1700 G Street, NW, Washington, D.C. 20552; and to the Office of Management and Budget, Paperwork Reduction Project, Washington, D.C. 20503.
An organization or a person is not required to respond to a collection of information unless it displays a currently valid OMB control number.

## Interagency Notice of Change in Control

1. Identify:
(a) Name and address of proposed acquirer(s):
(If an individual, provide last name, first name, and middle name)
*Hurry, Justine, No middle name*

[redacted]

(b) Name and address of depository institution or holding company whose shares are to be acquired:
*The Bank of Orrick*
*113 East South Front Street*
*Orrick           MO                    64077*

(c) Name, title, employer, address, telephone number, fax number, and e-mail address of the person to whom inquiries concerning this notice may be directed:

*David Baris*
*Partner*
*Buckley Sandler*
*1250 24th Street NW, Suite 700*
*Washington        DC                   20037*
*202.349.8004                            dbaris@buckleysandler.com*

*W. Phillip Klinkhardt, Jr.*
*Consultant*
*12904 Crystal Avenue*
*Grandview         MO                   64030*
*816.781.8971                            philklinkhardt@yahoo.com*

2. Is this notice being filed prior to the acquisition of control?       Yes ☒        No ☐
If the response is no, state the nature of the exception upon which the acquirer is relying for an exception to the prior notice requirement. If no exception is available, please discuss the reason(s) that prior notice was not given and modify the wording of the form as appropriate to provide all necessary information related to the transaction.

3. For each class of voting securities of the depository institution or holding company to be acquired, provide the total number of voting shares:
(a) Authorized              *1,000*

Notice of Change of Control for
Justine Hurry

(b) Currently outstanding    1,000
(c) Pro forma outstanding    1,000

4. Provide the following information. For any shares registered or to be registered in another name (such as a trust, corporation, or partnership), indicate the names of registered parties, beneficial owners and trustees, as applicable.

| Full name of each acquirer or transferee | Number of shares per class of securities now owned, controlled, or held | Number of shares per class of securities to be purchased by or transferred to the acquirer or transferee | Number of shares per class of securities after completion of acquisition |
|---|---|---|---|
| Justine Hurry | 0 | 637.875 | 637.875 |
| TOTAL | 0 | 637.875 | 637.875 |
| Total as percent of shares outstanding per class of securities | 0% | 63.8% | 63.8% |

5. Indicate:
(a) The purchase price(s) per share of shares to be acquired   $ 
(b) Total purchase price for the entire proposed transaction   $
(c) The current book value per share   $
(d) The current market value per share    *No market for shares, this is offering price*
(including date and source of information, if available)

6. Discuss the proposal, including the purpose, terms, and conditions of the acquisition, and the manner in which the acquisition will be made. Summarize and attach copies of all pertinent documents, such as purchase and sale agreements, shareholder agreements, non-compete agreements, employment contracts, and trust agreements.

*The Bank is in need of additional $1 million in equity to support growth to attain profitability. Scott Clark is retiring and in poor health. Mr. Clark and his family felt it is in their best interest to sell their block of shares to an investor who has the capacity to fund the equity injection while offering them a fair price. Knowing of the Clark's desire to sell, Mrs. Hurry was approached as an investor since Mrs. Hurry has been looking to passively invest in banking. This will be a cash purchase of existing common shares of the Bank. The proposed price is susceptible to change as it will be finalized at closing based on the prior quarter ending equity balance.*

*The purchase agreement is attached as Exhibit A, along with the Powers of Attorney that Mr. Clark holds to complete the sale.*

7. Provide the following information.

| Name of each Acquirer or transferee | Total purchase price | Source and amount of funds |
|---|---|---|
| Justine Hurry | $ | *Cash, see financial statement in Mrs. Hurry's Interagency Biographical & Financial Report and Exhibit B, Proof of Funds* |
| TOTAL | $ | |

(a) If cash funds will be used, provide copies of checking, savings, or money market account statements. If assets will be liquidated, list those assets and provide a copy of the documents that can verify the timing of such transaction and the amount of the anticipated proceeds.

Notice of Change of Control for
Justine Hurry

*See the recent bank statement verifying cash availability for Clark share purchase attached as Exhibit B.*

    (b) If any portion of the funds (or other consideration) for the acquisition will be borrowed, indicate the name of each borrower, name and address of each lender, amount financed, collateral to be pledged, and terms of the transaction, including interest rates, amortization requirements, guarantors, endorsers, co-makers, and any other arrangements, agreements, and understandings between and among the parties. If applicable, submit a copy of any loan commitment letter.

*None*

    (c) Indicate the means through which the borrowed funds will be repaid. Provide details if the acquirer will rely on salaries, dividends, fees, or other funds from the depository institution or holding company to be acquired.

*Not Applicable*

8. Provide the following information.

| Name of each seller or transferor | Number of shares per class of voting securities now held | Number of shares per class of voting securities to be sold or transferred | Number of shares per class of voting securities after completion of acquisition |
|---|---|---|---|
| William Scott Clark | 276.375 | 276.375 | 0 |
| Cari L. Wegge | 56 | 56 | 0 |
| Brandon Heath Wegge | 1 | 1 | 0 |
| Cheri C. Clark | 1 | 1 | 0 |
| John Clark Wegge | 2 | 2 | 0 |
| Sloane Elizabeth Wegge | 1 | 1 | 0 |
| Christopher S. Clark | 55 | 55 | 0 |
| Jennifer L Clark | 1 | 1 | 0 |
| Avery Jane Clark | 1 | 1 | 0 |
| Ryder Scott Clark | 1 | 1 | 0 |
| Vickie L Clark | 1 | 1 | 0 |
| Alexandra Krystine Clark | 13 | 13 | 0 |
| Barron Travis Clark | 13 | 13 | 0 |
| Kristi L. Clark | 1 | 1 | 0 |
| Annabelle G. Clark | 1 | 1 | 0 |
| Olivia S Clark | 1 | 1 | 0 |
| David Lee Owen | 16 | 16 | 0 |
| Steven Michael Owen | 16 | 16 | 0 |
| Hollyn E. Owen | 16 | 16 | 0 |
| Paula Clark Owen | 97 | 97 | 0 |
| Randall G or Vicki L Clark | 51 | 51 | 0 |
| Corey Wong | 1 | 1 | 0 |
| David M Owen | 5 | 5 | 0 |
| Randall G. Clark | 5 | 5 | 0 |
| Karen Vandiver | 5 | 5 | 0 |
| Mary Blyth | .5 | .5 | 0 |
| Total | 637.875 | 637.875 | 0 |
| Total as percent of total shares outstanding per class of voting securities | 63.8% | 63.8% | 0% |

9. Identify any person or parties employed, retained, or to be compensated by any acquirer, or by any person on behalf of any acquirer, to make solicitations or recommendations to stockholders and

Notice of Change of Control for
Justine Hurry

thereby assist in the acquisition. Include a description of the terms of such employment, retainer, or arrangement for compensation, and provide a copy of any such agreement or contract.

None

10. List and provide copies of all invitations, tenders, or advertisements making a tender offer to stockholders for purchase of their stock in connection with the proposed acquisition.

None

11. Describe in detail any plans or proposals that any acquirer may have to: (a) liquidate the depository institution or holding company to be acquired, (b) sell its assets, (c) merge it with any company, or (d) make any other significant change in its business strategy or corporate structure.

*(a) No plans to liquidate the Bank.*

*(b) No plans to sell its assets.*

*(c) No plans to merge.*

*(d) Bank management proposes to raise additional equity to expand business and consumer products. Retiring Chairman, Scott Clark, does not plan to participate in the equity raise and his family has decided that they desire to sell their bank stock. Mrs. Hurry was approached in acquiring bank shares and participating in the equity issue. She agreed and committed to purchasing the Clark block (63.8% of total shares) and subscribing up to $▮▮▮▮▮▮ in newly issued common stock in the upcoming offering. Attached as Exhibit C is the Bank's current strategic plan with three years of forecasted performance based on the Hurry acquisition injecting capital and providing deposits. Once the Clark purchase is approved, Bank's board will proceed with a new equity offering.*

12. If changes are contemplated in the board of directors or senior executive officers of the depository institution or holding company to be acquired, provide a current and pro forma list of officers and directors. The regulatory agency with which this notice has been filed should be contacted to determine the filing or other information requirements associated with changes to the board of directors or senior executive officers, pursuant to Section 32 of the Federal Deposit Insurance Act (12 USC 1831i).

| **Current Board** | **Post Acquisition Board** |
|---|---|
| Scott Clark, Chairman (to resign) | Michael Laughlin, Chairman |
| Doug Ayers, President/CEO | Doug Ayers, President/CEO |
| Cheri Clark (to resign) | Community Resident to be determined |
| Christopher Clark (to resign) | Max Mountford |
| Mike Graff | Mike Graff |
| | Community Resident to be determined |

*Mrs. Hurry is a passive investor. She will not sit on the Board, or be actively engaged in managing the Bank. She will refer depositors and borrowers, but will not direct management decisions.*

*The Clarks will be retiring from the Board. Existing directors Doug Ayers (CEO) and Mike Graff will remain. Max Mountford and Michael Laughlin, retired bank executives, have expressed a willingness to accept appointments to the Board. (See attached resumes of Mr. Mountford and Mr. Laughlin in Exhibit D). Mr. Laughlin has agreed to serve as Chairman. Mrs. Hurry has asked for other community leader nominations to fill vacant seats. Once nominees are determined, the Bank will notify regulators. Scott Clark will remain on the Board until state requirements for at least five directors are met.*

Notice of Change of Control for
Justine Hurry

13. For each acquirer, indicate any positions currently held (director, officer, or employee) in any other depository institution or holding company. Also indicate if any acquirer directly or indirectly (such as through personal trusts, corporations, or similar arrangements) owns, controls, or has power to vote 10 percent or more of any class of voting securities or other voting equity interests of any other depository institution or holding company.

| Name of each acquirer or transferee | Name and address of each depository institution or holding company | Position and Date appointed | Percent ownership of institution |
|---|---|---|---|
| None | | | |

14. If any office of any depository institution or holding company with which the acquirer is currently associated is located in the same geographic market as the subject institution, provide the name and location of each office of such other organization.

*None*

15. If the proposed acquirer is not an individual (or a group of individuals acting in concert) and the acquirer is engaged, directly or indirectly (including through a subsidiary), in insurance activities that are supervised by a state insurance regulator, provide:
    (a) The name of the company.
    (b) A description of the insurance activity that the company is engaged in and has plans to conduct.
    (c) A list of each state and the lines of business in that state in which the company holds, or will hold, an insurance license. Indicate the state where the company holds a resident license or charter, as applicable.

*Not Applicable*

**Privacy Act Notice**

A copy of this document is provided to the appropriate regulatory agency as required under 12 USC 1817(j) and implementing regulations. This notice, including supporting material, is available to the public upon request under the provisions of the Freedom of Information Act (5 USC 552). Contact the appropriate regulatory agency for the specific procedures under which the notice would be disclosed to the public. To the extent that it contains personal and financial information concerning individual acquirers of depository institutions and holding companies, the information may be subject to the Privacy Act of 1974 (5 USC 552a), which provides safeguards for personal information. The applicability of the Privacy Act to the information provided on this document will depend on the manner in which the appropriate federal banking agency maintains such information.
This form solicits information that will enable the regulatory agencies to evaluate and make a decision on each proposed change in control under the standards prescribed by the Change in Bank Control Act. Failure to provide information requested in connection with the processing of this notice could result in disapproval of a proposed acquisition or a determination that complete notice has not been submitted. Any person acquiring control of a depository institution or holding company without filing a notice prior to the proposed acquisition may be subject to substantial civil money penalties. The Change in Bank Control Act requires the regulatory agencies processing this notice to furnish copies of this information to other federal and state banking authorities. Where possible violations of laws or regulations are disclosed, relevant information may be made available to other regulatory agencies or other law enforcement or governmental agencies. Identification of parties to a proposed transaction and details of that transaction, to the extent material to the regulatory agency's determination, may be incorporated in orders and notices issued under the Change in Bank Control Act or otherwise made public.

Notice of Change of Control for
Justine Hurry

**Certification**

*This notice must be signed by each acquiring party, or by at least two directors, officers, partners, or others authorized to sign on behalf of an acquiring party that is not an individual.*

I certify that the information contained in this notice has been examined carefully by me and is true, correct, and complete, and is current as of the date of this submission. I acknowledge that any misrepresentation or omission of a material fact constitutes fraud in the inducement and may subject me to legal sanctions provided by 18 USC 1001 and 1007.

I acknowledge that approval of this notice is in the discretion of the appropriate federal banking agency. Actions or communications, whether oral, written, or electronic, by an agency or its employees in connection with this filing, including approval if granted, do not constitute a contract, either express or implied, or any other obligation binding upon the agency, other federal banking agencies, the United States, any other agency or entity of the United States, or any officer or employee of the United States. Such actions or communications will not affect the ability of any federal banking agency to exercise its supervisory, regulatory, or examination powers under applicable law and regulations. I further acknowledge that the foregoing may not be waived or modified by any employee or agent of a federal banking agency or of the United States.

Signed this 7 th day of March, 2018.

*[signature]*
(Signature)
Justine Hurry

Notice of Change of Control for
Justine Hurry