# EXHIBIT H



**Federal Deposit Insurance Corporation**
1100 Walnut Street, Suite 2100
Kansas City, Missouri 64106

Division of Risk Management Supervision
Kansas City Regional Office
(816) 234-8000

June 1, 2018

Mr. W. Phillip Klinkhardt, Jr.
Consultant
5203 Golden Gate Drive
Killeen, Texas 76549

Subject: Notice of Change in Control (Notice)
Ms. Justine Hurry
The Bank of Orrick, Orrick, Missouri

Dear Mr. Klinkhardt:

We received the subject Notice on March 13, 2018, which was incomplete, and in our letter dated March 23, 2018, noted the items needed for the filing to be considered substantially complete. We received your response on April 2, 2018; however, you failed to furnish the requested information. Notably, the information we seek has been requested with your prior filings and remains necessary to adequately assess the Notice. Furthermore, the Kansas City Regional Office has provided you on numerous occasions, both in writing and verbally, an explanation for why each request is necessary. We conferred with our Washington Office following your April response, and it was confirmed the following items are needed to consider the Notice complete.

The "transaction activity" and cover letter provided by Mr. Nummi is inadequate to substantiate the source of funds. The "transaction activity" still lacks any personally identifiable information to conclude the funds are, in fact, The Hurry Family Revocable Trust's or Ms. Hurry's. Furthermore, it is unclear what, if any, authority Mr. Nummi has over the referenced account. **Please provide adequate proof of available funds that clearly states the account owner. Account verification documentation from the institution (apparently SunTrust) should include personally identifiable information (e.g. The Hurry Family Revocable Trust) to determine the source of funds for the acquisition.**

Pursuant to 12 U.S.C. §1817(j), a Notice shall contain, among other things, the business background and history of each person by whom, or on whose behalf the acquisition is to be made, including material business activities and affiliations. The Interagency Biographical and Financial Report instructions define a principal shareholder or owner as a person who directly or *indirectly* owns, controls, or holds (either individually or as a member of a group) the power to vote 10 percent or more of equity interest of an entity. The subject Notice states Ms. Hurry is a trustee of the irrevocable trust(s), which indicates control. Furthermore, if as a beneficiary of a trust Ms. Hurry has the power to influence the trustee's voting decisions, which must be determined by reference to the terms of the irrevocable trust agreement, she would apparently

have control. In order to complete a review of Ms. Hurry's business activities and affiliations, the irrevocable trust(s) associations which were provided in previous submissions, as well as the respective trust agreement(s) are needed. **Please provide a comprehensive list of Ms. Hurry's associations and affiliations, as well as the related trust documentation so we can adequately assess Ms. Hurry's business background, activities, and affiliations.**

Affiliate information is an ongoing concern that is reviewed at all bank examinations. Should the Notice be approved, Ms. Hurry will have to routinely provide a list of affiliates to the bank.

Please provide the above information to this office by **June 30, 2018**. If you do not furnish the requested information by that date, the filing will be returned pursuant to 12 C.F.R. 303.11(e). You may direct any questions to Case Manager Hilary L. Hoskins, Assistant Regional Director Richard E. Allen or me at (816) 234-8000.

Sincerely,

John R. Jilovec
Deputy Regional Director

cc: Jeff Maassen, Missouri Division of Finance, Jefferson City, Missouri
    Justine Hurry, Phoenix, Arizona
    David Baris, Washington, D.C.
    Board of Directors, The Bank of Orrick, Orrick, Missouri