# EXHIBIT K



**FDIC**
**Federal Deposit Insurance Corporation**
1100 Walnut Street, Suite 2100
Kansas City, Missouri 64106

**Division of Risk Management Supervision**
**Kansas City Regional Office**
(816) 234-8000

July 24, 2018

Mr. W. Phillip Klinkhardt, Jr.
Consultant
5203 Golden Gate Drive
Killeen, Texas 76549

Subject:    Notice of Change in Control (Notice)
                 Ms. Justine Hurry
                 The Bank of Orrick, Orrick, Missouri

Dear Mr. Klinkhardt:

We received the subject Notice on March 13, 2018. As detailed in our letter dated March 23, 2018, we noted various items needed for the filing to be considered substantially complete. On April 2, 2018, we received your response; however, you failed to furnish the requested information.

By letter dated June 1, 2018, we again requested additional information regarding the source of funds for the transaction and Ms. Hurry's business associations. You responded in a letter dated June 22, 2018, addressing the source of funds for the proposed transaction. On July 3, 2018, we received a letter from Attorney David Baris regarding Ms. Hurry's business associations. However, this correspondence again failed to include the additional information we requested on numerous occasions, both in writing and verbally, including our March and June 2018 letters.

In his letter, Attorney Baris notes that Ms. Hurry disagrees that documentation concerning the irrevocable trusts is relevant and material to the Notice. As previously explained, this information is needed to complete a review of Ms. Hurry's competence, experience, integrity, and financial ability pursuant to 12 U.S.C. §1817(j). We are returning the filing as incomplete because the applicant has not submitted to us the needed information.

You may direct any questions to Case Manager Hilary L. Hoskins, Assistant Regional Director Richard E. Allen, or me at (816) 234-8000.

Sincerely,

John R. Jilovec
Deputy Regional Director

cc: Jeff Maassen, Missouri Division of Finance, Jefferson City, Missouri
    Justine Hurry, Phoenix, Arizona
    David Baris, Washington, D.C.
    Board of Directors, The Bank of Orrick, Orrick, Missouri