# EXHIBIT M

# BUCKLEY SANDLER

David Baris
**Partner**
1250 24th Street NW, Suite 700
Washington, DC 20037
**t.** 202 349-8004
dbaris@buckleysandler.com

September 10, 2018

**VIA FEDERAL EXPRESS AND EMAIL**

Mr. John R. Jilovec
Deputy Regional Director
FDIC
1100 Walnut Street
Suite 2100
Kansas City, Missouri 64106

Re:     Bank of Orrick – Justine Hurry Change in Bank Control Notice

Dear Mr. Jilovec:

We have not yet received a written response to my letter of August 8, 2018 requesting that the FDIC make a final decision on Ms. Justine Hurry's notice of change in bank control by August 17, 2018.

I reiterate Ms. Hurry's willingness to agree to the following as conditions to non-disapproval of her Notice:

- that her interest in the Bank of Orrick will be passive;

- that her only role at Bank of Orrick will be that of a shareholder and referring business to the Bank;

- that any further involvement in the Bank will require the prior approval of the FDIC and the State of Missouri;

- that she will receive from trust counsel a written opinion that she does not control any trusts by virtue of her being named a beneficiary;

- that she will comply with all applicable laws; and

- that she will provide written confirmation that, with respect to each of the confidential family trusts, those trusts and the companies they own and/or control will engage in no business with the Bank other than placing deposits with the Bank.

Mr. John R. Jilovec
September 10, 2018
Page 2

It is our view that these assurances and representations further demonstrate that we have provided all pertinent information. Ms. Hurry will also be willing to meet with you to answer any appropriate questions relating to the family's trusts.  She will invite trust counsel to attend.

Time remains of the essence.  Because of the delay in your processing Ms. Hurry's Notice, the sellers of Bank of Orrick voting stock now have a right to terminate unilaterally the purchase agreement with Ms. Hurry.  Based on that circumstance, and given the more than ten months that this issue has been pending and the extensive communications that have occurred, we require a decision from the FDIC on or before September 17, 2018.

Sincerely,

David Baris

cc:    Hilary Hoskins
        Jeff Maassen