# **EXHIBIT N**

**FDIC**

**Federal Deposit Insurance Corporation**
1100 Walnut Street, Suite 2100
Kansas City, Missouri 64106

Division of Risk Management Supervision
Kansas City Regional Office
(816) 234-8000

September 19, 2018

Mr. David Baris
Partner
1250 24th Street NW, Suite 700
Washington, DC 20037

Subject: Notice of Change in Control (Notice)
Ms. Justine Hurry
The Bank of Orrick, Orrick, Missouri

Dear Mr. Baris:

We received your August 9, 2018, letter requesting a final Agency action on the March 13, 2018, Notice; however, as detailed in our letter dated July 24, 2018, we returned the Notice as incomplete. Despite multiple requests, Ms. Hurry failed to furnish this office with all the information needed to complete a review of her competence, experience, integrity, and financial ability pursuant to 12 U.S.C. §1817(j). The file has been closed pursuant to 12 C.F.R. 303.11(e), for the subject Notice.

We also received your letter dated September 10, 2018, which included proposed conditions to which Ms. Hurry would agree in order to receive favorable consideration of the Notice; however, any discussion of nonstandard conditions is premature at this point. As previously explained, we needed the information requested in our various letters to complete an assessment of Ms. Hurry's competence, experience, integrity, and financial ability in accordance with applicable statutory requirements. If Ms. Hurry chooses to again submit a Notice, it must be with the understanding that she is responsible for providing the requested information. You may direct any questions to Case Manager Hilary L. Hoskins, Assistant Regional Director Richard E. Allen, or me at (816) 234-8000.

Sincerely,

John R. Jilovec
Deputy Regional Director

cc: Phillip Klinkhardt, Jr.
Consultant
5203 Golden Gate Drive
Killeen, Texas 76549

Jeff Maassen, Missouri Division of Finance