**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JUSTINE HURRY** <br><br> Plaintiff, <br><br> v. <br><br> **FEDERAL DEPOSIT INSURANCE CORPORATION, et al.** <br><br> Defendants. | C.A. No. 1:18-cv-2435 |

**CONSENT MOTION FOR CONTINUANCE**
**OF INITIAL SCHEDULING CONFERENCE**

Plaintiff, Justine Hurry, with consent of counsel for Defendants Federal Deposit Insurance Corporation ("FDIC"), FDIC Deputy Regional Director John R. Jilovec, and FDIC Case Manager Hilary L. Hoskins, moves the Court for an Order rescheduling the Initial Scheduling Conference currently set for January 24, 2019. In support of this motion, Plaintiff states as follows:

1. Plaintiff filed her Complaint on October 24, 2018. Defendants filed their Answer on January 4, 2019.

2. On January 11, 2019, the Court granted Maranda E. Fritz's motion to appear *pro hac vice*. Ms. Fritz will be serving as primary lead counsel for the Plaintiff in the matter.

3. The Court set the Initial Scheduling Conference for January 24, 2019, at 10:15 a.m.

4. However, Ms. Fritz is unavailable on January 24, 2019, because of an appellate argument scheduled in the State of New York, and will be unable to attend the Initial Scheduling Conference as currently set.

5. Accordingly, the Plaintiff, with consent of Defendants, requests that the Court continue the Initial Scheduling Conference to a date on or after February 4, 2019, so as to also avoid other conflicts during the week of January 28, 2019.

6. The continuance is requested for good cause and is not requested for purposes of delay. This is the first continuance requested by either party and Defendants consent to continuance of the hearing.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant a continuance of the January 24, 2019 scheduling conference, and reset the hearing for a date on or after February 4, 2019. A proposed Order accompanies this motion.

Respectfully submitted,

THOMPSON HINE LLP

By: /s/ Joseph A. Smith
Joseph A. Smith
D.C. Bar No. 1010223
Maranda E. Fritz (admitted *pro hac vice*)
Brian Lanciault (admitted *pro hac vice*)
1919 M Street, N.W., Suite 700
Washington, D.C. 20036
Phone: (202) 331-8800
Fax: (202) 331-8330
joe.smith@thompsonhine.com
maranda.fritz@thompsonhine.com
brian.lanciault@thompsonhine.com
*Counsel for Plaintiff Justine Hurry*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of January, 2019, I will cause the foregoing Motion to be served via ECF, on the following:

> Erick Bond
> Counsel, Corporate Litigation Unit
> 3501 N. Fairfax Drive, D-7026
> Arlington, VA 22226
> *Counsel for FDIC Defendants*

                                                    /s/ Joseph A. Smith
                                                  Joseph A. Smith