**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JUSTINE HURRY**<br><br>  Plaintiff,<br><br>v.<br><br>**FEDERAL DEPOSIT INSURANCE CORPORATION, et al.**<br><br>  Defendants. | C.A. No. 1:18-cv-2435 |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiff's Consent Motion to Continue the Initial Scheduling Conference, and for good cause shown, it is, this _____ day of _____, 2019,

ORDERED that the motion be and hereby is GRANTED, and it is further

ORDERED that the Initial Scheduling Conference will be held on February ___, 2019.

_____
Randolph D. Moss
United States District Judge