# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUSTINE HURRY**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**FEDERAL DEPOSIT INSURANCE CORPORATION, et al.**<br><br>　　　　　　Defendants. | C.A. No. 1:18-cv-2435 |

## CONSENT MOTION TO RESET THE TIME
## OF INITIAL SCHEDULING CONFERENCE

Plaintiff, Justine Hurry, with consent of counsel for Defendants Federal Deposit Insurance Corporation ("FDIC"), FDIC Deputy Regional Director John R. Jilovec, and FDIC Case Manager Hilary L. Hoskins, moves the Court for an Order resetting the time of the Initial Scheduling Conference currently set for February 4, 2019 from 10:15 a.m. to 11:00 a.m.  In support of this motion, Plaintiff states as follows:

1.　Plaintiff filed her Complaint on October 24, 2018.  Defendants filed their Answer on January 4, 2019.

2.　On January 11, 2019, the Court granted Maranda E. Fritz's motion to appear *pro hac vice*.  Ms. Fritz will be serving as primary lead counsel for the Plaintiff in the matter.

3.　The Court set the Initial Scheduling Conference for January 24, 2019, at 10:15 a.m.  The Court continued the Initial Scheduling Conference to February 4, 2019 at 10:15 a.m.

4.　Plaintiff now requests, with the consent of the Defendants, and after previously advising the Court's Clerk of the intended request, that the Initial Scheduling Conference be reset to 11:00 a.m. on February 4, 2019.

5. The resetting of the start time is requested for good cause and is not requested for purposes of delay, as the Initial Scheduling Conference will still occur on February 4, 2019.

For the foregoing reasons, Plaintiff respectfully requests that the Court reset the start time of the February 4, 2019 Initial Scheduling Conference to 11:00 a.m. A proposed Order accompanies this motion.

          Respectfully submitted,

          THOMPSON HINE LLP

By: /s/ Joseph A. Smith
    Joseph A. Smith
    D.C. Bar No. 1010223
    Maranda E. Fritz (admitted *pro hac vice*)
    Brian Lanciault (admitted *pro hac vice*)
    1919 M Street, N.W., Suite 700
    Washington, D.C. 20036
    Phone: (202) 331-8800
    Fax: (202) 331-8330
    joe.smith@thompsonhine.com
    maranda.fritz@thompsonhine.com
    brian.lanciault@thompsonhine.com
    *Counsel for Plaintiff Justine Hurry*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February, 2019, I will cause the foregoing Motion to be filed and served via ECF, on the following:

>Erick Bond
>Counsel, Corporate Litigation Unit
>3501 N. Fairfax Drive, D-7026
>Arlington, VA 22226
>*Counsel for FDIC Defendants*

                                                          /s/ Joseph A. Smith
                                                       Joseph A. Smith