**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JUSTINE HURRY**<br><br>             Plaintiff,<br><br>   v.<br><br>**FEDERAL DEPOSIT INSURANCE CORPORATION, et al.**<br><br>             Defendants. | C.A. No. 1:18-cv-2435 |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiff's Consent Motion to Reset the Time of the Initial Scheduling Conference, and for good cause shown, it is, this _____ day of _____, 2019, ORDERED that the motion be and hereby is GRANTED, and it is further

ORDERED that the Initial Scheduling Conference will be held on February 4, 2019, at 11:00 a.m.

 

_____
Randolph D. Moss
United States District Judge