# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUSTINE HURRY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br>JOHN R. JILOVEC, and HILARY L. HOSKINS,<br><br>　　　　Defendants. | Case No. 1:18-cv-2435 |

## DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION'S NOTICE OF FILING OF ITS CERTIFIED LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD

The Federal Deposit Insurance Corporation, in its corporate capacity, hereby provides notice of its filing of the attached Certified List of Contents of the Administrative Record.

Dated: February 22, 2019

By: _____
ERIK BOND
(N.Y. Bar Reg. No. 4316030)
Counsel, Corporate Litigation Unit
erbond@fdic.gov

Federal Deposit Insurance Corporation
3501 N. Fairfax Drive, D-7026
Arlington, VA 22226
Telephone: (703) 562-6461
Fax: (703) 562-2477

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUSTINE HURRY,<br><br>          Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, JOHN R. JILOVEC, and HILARY L. HOSKINS,<br><br>          Defendants. | Case No. 1:18-cv-2435 |

## DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION'S CERTIFIED LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD

I, Valerie Best, Assistant Executive Secretary of the Federal Deposit Insurance Corporation, hereby certify that the documents listed below constitute the Administrative Record underlying the FDIC's September 19, 2018 final agency determination that the Notice of Change of Control was abandoned as incomplete under 12 C.F.R. § 303.11(e).

Dated: February 22, 2019

*Valerie Best*
Valerie Best
Assistant Executive Secretary, FDIC

| Document | Document Description | Bates Range |
|---|---|---|
| 1 | October 11, 2017 FDIC Memorandum re Meeting with Proposed Acquirer (Bank of Orrick) | FDICAR000001-FDICAR000042 |
| 2 | October 29, 2017 Letter from David Baris, Buckley Sandler LLP to FDIC re Justine Hurry ("October 29, 2017 Letter") | FDICAR000043-FDICAR000047 |
| 3 | Appendix I to October 29, 2017 Letter | FDICAR000048-FDICAR000084 |
| 4 | Appendix II to October 29, 2017 Letter | FDICAR000085-FDICAR000096 |
| 5 | November 7, 2017 FDIC Response to October 29, 2017 Letter | FDICAR000097-FDICAR000098 |
| 6 | November 14, 2017 Interagency Biographical & Financial Report and Application for Change in Control re Justine Hurry (received November 29, 2017) | FDICAR000099-FDICAR000375 |
| 7 | December 8, 2017 FDIC Response to Notice of Change in Control | FDICAR000376-FDICAR000380 |
| 8 | December 21, 2017 Letter enclosing updated Interagency Notice of Change in Control and Financial Report (received December 22, 2017) | FDICAR000381-FDICAR000679 |
| 9 | January 12, 2018 FDIC Response to Notice of Change in Control | FDICAR000680-FDICAR000686 |
| 10 | January 25, 2018 FDIC Memorandum re Change in Control Meeting | FDICAR000687-FDICAR000688 |
| 11 | February 23, 2018 FDIC Memorandum re Change in Control Meeting | FDICAR000689-FDICAR000690 |
| 12 | March 9, 2018 letter enclosing updated Interagency Notice of Change in Control and Financial Report (received March 13, 2018) | FDICAR000691-FDICAR000972 |
| 13 | March 23, 2018 FDIC Response to Notice of Change in Control | FDICAR000973-FDICAR000974 |
| 14 | March 30, 2018 Letter to FDIC re Change in Control Application (received April 2, 2018) | FDICAR000975-FDICAR000983 |
| 15 | April 24, 2018 FDIC Memorandum re Change in Control Notice | FDICAR000984-FDICAR000986 |
| 16 | May 30, 2018 FDIC Memorandum re Change in Control Meeting | FDICAR000987 |
| 17 | June 1, 2018 FDIC Letter re Change in Control Notice | FDICAR000988-FDICAR000989 |
| 18 | June 22, 2018 Response to FDIC Letter (received June 26, 2018) | FDICAR000990-FDICAR000996 |
| 19 | July 2, 2018 letter to FDIC re Change in Control Notice | FDICAR000997-FDICAR001050 |
| 20 | July 24, 2018 FDIC Letter re Change in Control Notice | FDICAR001051 |
| 21 | August 9, 2018 Response to FDIC Letter | FDICAR001052-FDICAR001053 |

| 22 | August 16, 2018 FDIC Memorandum re Change in Control conference call | FDICAR001054 |
| 23 | August 28, 2018 FDIC Memorandum re Change in Control Notice | FDICAR001055-FDICAR001068 |
| 24 | September 7, 2018 FDIC Memorandum re Change in Control meeting | FDICAR001069 |
| 25 | September 10, 2018 Letter to FDIC re Change in Control Notice | FDICAR001070-FDICAR001071 |
| 26 | September 19, 2018 FDIC letter re Change in Control Notice | FDICAR001072 |