# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUSTINE HURRY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, JOHN R. JILOVEC, DEPUTY REGIONAL DIRECTOR, and HILARY L. HOSKINS, CASE MANAGER,<br><br>　　　　　　Defendants. | Case No. 18-cv-2435 |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss, the memorandum of points and authorities in support thereof, any opposition thereto, any reply thereto, and any argument thereon, it is hereby ORDERED that Defendants' Motion to Dismiss is GRANTED, and the Complaint is DISMISSED in its entirety.

DONE and ORDERED in Chambers this _____ day of _____, 2019.

_____
The Honorable Randolph D. Moss
United States District Judge