**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUSTINE HURRY,<br><br>     Plaintiff,<br><br>  v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, JOHN R. JILOVEC, DEPUTY REGIONAL DIRECTOR, and HILARY L. HOSKINS, CASE MANAGER,<br><br>     Defendants. | Case No. 18-cv-2435-RDM |

**JOINT STATUS REPORT**

As directed by this Court's June 2, 2020 Minute Order, plaintiff Justine Hurry, and defendants Federal Deposit Insurance Corporation ("FDIC"), FDIC Deputy Regional Director John R. Jilovec and FDIC Case Manager Hilary L. Hoskins submit this joint status report to update the Court on the parties' views on how the case should proceed. Counsel held a telephonic meet-and-confer session on June 5, 2020. During the call, counsel for Ms. Hurry confirmed that she still seeks to purchase a controlling interest in the Bank of Orrick (Missouri), and desires to proceed on the merits here. Although the parties agree that the Court has directed that motions for summary judgment should be filed, the parties seek clarification regarding two issues of logistics: (1) whether pre-filing submission requirements are applicable; and (2) whether merits briefing should occur simultaneously or be staggered.

**Pre-Motion Submissions**

Defendants believe that the text of the Court's Standing Order in Civil Cases makes clear that the pre-motion framework outlined in Paragraph 10(a)(i) applies now to the present dispute.

But even if there was some ambiguity as to the applicability of Paragraph 10(a)(i), Defendants request that the Court entertain pre-motion written submissions and hold a pre-motion conference.

Ms. Hurry does not believe Paragraph 10(a)(i)'s pre-motion practice applies to the present dispute because the Court has directed that the parties file summary judgment motions.

As for timing of pre-motion submissions, Ms. Hurry asks for 30-days from the date of any scheduling order to file a pre-motion submission.  Defendants do not object this timing proposed by Ms. Hurry, and would file their pre-motion response seven days after Ms. Hurry's submission.

**Summary Judgment Briefing**

Defendants propose a staggered summary briefing schedule, with the first brief due 60-days following the pre-motion court conference (if applicable) or summary judgment scheduling order, and that Plaintiff file the initial motion.  Defendants suggest the following briefing schedule:

-60 days after court conference:  Plaintiff's motion for summary judgment

-30 days later:  Defendants' response and cross motion

-30 days later:  Plaintiff's reply and opposition to cross motion

-30 days later:  Defendants' final reply

Plaintiff proposes that the parties cross move for summary judgment 60 days from the date of the scheduling order, oppositions due 30 days later, and replies 30 days thereafter.

Dated:  June 9, 2020

                                                    Respectfully submitted,

                                                   /s/
Erik Bond, NY Bar Reg. #4316030
Counsel, Corporate Litigation Unit
Federal Deposit Insurance Corporation
3501 Fairfax Drive
Arlington, Virginia 22226
(703) 562-6461 (phone)
(703) 562-2477 (fax)
erbond@fdic.gov

*Counsel for Defendants*


                                          /s/
Maranda E. Fritz
Counsel for Justine Hurry
335 Madison Avenue
New York, New York 10017
(212) 908 3966
Maranda.fritz@Thompsonhine.com

*Counsel for Plaintiff*

[

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true and correct copy of the foregoing to be filed with the Court's CM/ECF system on the 9th day of June 2020, thereby causing it to be served on all registered users.

                                              /s/
                                        Erik Bond