# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUSTINE HURRY,**<br><br>    Plaintiff,<br><br>v.<br><br>**FEDERAL DEPOSIT INSURANCE CORPORATION,**<br><br>    Defendant. | Civil Action No. 1:18-cv-2435 (RDM) |

## PLAINTIFF JUSTINE HURRY'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Justine Hurry respectfully requests that this Court grant summary judgment to Plaintiff under Fed. R. Civ. P. 56, and respectfully refers the Court to the accompanying memorandum of points and authorities.

Dated:  September 8, 2020

                                                      Respectfully submitted,

                                                      THOMPSON HINE LLP

                                                    By:   /s/ Joseph A. Smith
                                                           Joseph A. Smith
                                                           D.C. Bar No. 1010223
                                                           1919 M Street, N.W., Suite 700
                                                           Washington, D.C. 20036
                                                           Phone: (202) 331-8800
                                                           Fax: (202) 331-8330
                                                           joe.smith@thompsonhine.com

        Brian Lanciault (admitted *pro hac vice*)
Thompson Hine LLP
1919 M Street, N.W., Suite 700
Washington, D.C. 20036
Phone: (202) 331-8800
Fax: (202) 331-8330
Brian.Lanciault@ThompsonHine.com

Maranda E. Fritz P.C.

  /s/Maranda E. Fritz
Maranda E. Fritz (admitted *pro hac vice*)
335 Madison Avenue
New York, New York 10017
Phone: (646) 584-8231
maranda@fritzpc.com

*Counsel for Plaintiff Justine Hurry*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September 2020, I caused the foregoing to be filed and served via ECF, on the following:

>Erick Bond
>Counsel, Corporate Litigation Unit
>3501 N. Fairfax Drive, D-7026
>Arlington, VA 22226
>*Counsel for FDIC Defendants*

                                                /s/ Joseph A. Smith
                                                Joseph A. Smith