# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUSTINE HURRY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>　　　　　　Defendant. | Case No. 18-cv-2435 |

## [PROPOSED] ORDER

Upon consideration of the Plaintiff's Motion for Summary Judgment, the Defendant's Opposition and Cross Motion for Summary Judgment, the memoranda in support thereof, any oppositions and replies thereto, any argument thereon, and the entire record in this case; it is hereby

**ORDERED** that Plaintiff Justine Hurry's Motion for Summary Judgment is DENIED; and it is further

**ORDERED** that Defendant Federal Deposit Insurance Corporation's Cross Motion for Summary Judgment upholding the FDIC's determination in its entirety is GRANTED;

**SO ORDERED**

Dated:_____, 2020　　　　　_____

　　　　　　　　　　　　　　　　　RANDOLPH D. MOSS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE