UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUSTINE HURRY,<br><br>    *Plaintiff*,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*,<br><br>    *Defendants*. | Civil Action No. 18-2435 (RDM) |

### ORDER

For the reasons stated in the Court's Memorandum Opinion, Dkt. 30, it is hereby ORDERED that the FDIC's motion for summary judgment, Dkt. 24, is **GRANTED** in part and **DENIED** in part, and that Plaintiff's motion for summary judgment, Dkt. 23, is **GRANTED** in part and **DENIED** in part.  It is further **ORDERED** that Count III of the Amended Complaint, Dkt. 22, is **DISMISSED** as premature.  It is further **ORDERED** that judgment is hereby **ENTERED** partially in favor of the FDIC and partially in favor of Plaintiff, as described in the Court's Memorandum Opinion, Dkt. 30.

This Order constitutes a final judgment of the Court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure.  The Deputy Clerk of Court is directed to terminate the case.

**SO ORDERED**.

                                            /s/ Randolph D. Moss
                                            RANDOLPH D. MOSS
                                            United States District Judge

Date:  February 25, 2022